

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00319-CV

| | | |
|---|---|---|
| Brenda F. Price | § | From the 233rd District Court |
| | § | of Tarrant County (233-524121-12) |
| v. | § | August 6, 2015 |
| Michael D. Price | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the trial court's order is vacated and the appeal is dismissed.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM